**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7034**

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

        v.

MICHAEL ALONZA RUFUS,

                Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.   Matthew J. Perry, Jr., Senior District Judge.  (3:02-cr-00550-MJP-1)

Submitted:  February 25, 2011         Decided:  March 16, 2011

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Alonza Rufus, Appellant Pro Se.   William Kenneth Witherspoon, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Alonza Rufus appeals the district court's order denying his post-judgment motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>See</u> <u>United States v. Rufus</u>, No. 3:02-cr-00550-MJP-1 (D.S.C. July 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>